UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **WILLIAM GANT** | **CIVIL ACTION NO. 07-1696** |
| **DALE AUTIN** | |
| **VS.** | **JUDGE MELANÇON** |
| **POLICE DEPT. OF MORGAN CITY ET AL** | **MAGISTRATE JUDGE METHVIN** |

*ORDER REGARDING HEIGHTENED PLEADING REQUIREMENT*

In response to this court's order of February 11, 2008, plaintiffs have filed amended complaints on February 29, 2008 and March 25, 2008, alleging that the court's jurisdiction is based on 42 U.S.C. §1983, and clarifying that defendants are not sued in their individual capacities. Accordingly, no heightened-pleading review is necessary under Schultea v. Wood, 47 F.3d 1427 (5th Cir. 1995). [1]

Signed at Lafayette, Louisiana, on April 3, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[1] Schultea instructs that when public officials sued in their individual capacities plead qualified immunity in a §1983 case, the district court should "insist that a plaintiff file a reply" under Rule 7(a) Fed.R.Civ.P.